**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:12-cr-00463-JCM-VCF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CAROLYN WILLIS-CASEY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on Defendant Carolyn Willis-Casey's Motion to Modify Conditions of Release (#270), filed June 17, 2014.  The request is unopposed.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Carolyn Willis-Casey's Motion to Modify Conditions of Release (#270) is **granted**.

**IT IS FURTHER ORDERED** that Defendant's conditions of release are modified to reflect that her passport be temporarily returned to her for two days, **Wednesday, July 2, 2014 and Thursday, July 3, 2014**, for purpose of taking the GRE.

DATED: June 20, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**