# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                           )<br>             Plaintiff,                             )<br>                                                           )<br> vs.                                                      )<br>                                                           )<br>CAROLYN WILLIS-CASEY, et al.,  )<br>                                                           )<br>             Defendants.                        )<br>_____) | Case No.  2:12-cr-00463-JCM-VCF<br><br>**ORDER** |

      This matter is before the Court on Defendant Carolyn Willis-Casey's Motion to Modify Conditions of Release (#270), filed June 17, 2014.  The request is unopposed.  Accordingly,

      **IT IS HEREBY ORDERED** that Defendant Carolyn Willis-Casey's Motion to Modify Conditions of Release (#270) is **granted**.

      **IT IS FURTHER ORDERED** that Defendant's conditions of release are modified to reflect that her passport be temporarily returned to her for two days, **Wednesday, July 2, 2014 and Thursday, July 3, 2014**, for purpose of taking the GRE.

      DATED: June 20, 2014.

                                                                          **C.W. Hoffman, Jr.**
                                                                          **United States Magistrate Judge**