JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ, ERICSSON & GAFFNEY LLC
1050 INDIGO DRIVE, SUITE 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile:  (702) 522-1542
jim@oronozlawyers.com
*Attorney for Carolyn Willis-Casey*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>CAROLYN WILLIS-CASEY,<br><br>Defendant. | CASE NO: 2:12-cr-463-JCM-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(2nd Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between JIAMIE CHEN, Assistant United States Attorney; J. GREGORY DAMM, Assistant United States Attorney; and JAMES A. ORONOZ, ESQ., counsel for CAROLYN WILLIS-CASEY that the sentencing hearing currently scheduled for June 2, 2016, at the hour of 1:30 p.m., be continued to a time convenient to the Court, preferably on June 30, 2016, at the same time as the sentencing for co-defendant, Denise Williams.

This stipulation is entered into for the following reasons:

1. The additional time requested by this Stipulation to Continue Sentencing Hearing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed [for sentencing] in this rule."

1

2. Ms. Willis-Casey recently received a revised presentence investigation report, and is requesting additional time to review the revised presentence investigation report and prepare the arguments for the sentencing memorandum.

3. Defense counsel for CAROLYN WILLIS-CASEY has spoken to his client, who is currently in custody, and she has no objection to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Denial of this request for a continuance would deny counsel for the defendant sufficient time, to effectively and thoroughly prepare for sentencing. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

This is the second stipulation to continue filed herein.

DATED: May 26, 2016.

| | |
|---|---|
| /s/ James Oronoz | /s/ Jiamie Chen |
| JAMES A. ORONOZ, ESQ. | JIAMIE CHEN, ESQ. |
| 1050 Indigo Drive, Suite 120 | Assistant United States Attorney |
| Las Vegas, NV 89145 | J. GREGORY DAMM, ESQ. |
| *Counsel for Carolyn Willis-Casey* | Assistant United States Attorney |
| | 501 Las Vegas Blvd. South, #1100 |
| | Las Vegas, NV 89101 |
| | *Counsel for United States* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN WILLIS-CASEY,<br><br>　　　　Defendant. | CASE NO: 2:12-cr-463-JCM-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The additional time requested by this Stipulation to Continue Sentencing Hearing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed [for sentencing] in this rule."

2. Ms. Willis-Casey recently received a revised presentence investigation report, and is requesting additional time to review the revised presentence investigation report and prepare the arguments for the sentencing memorandum.

3. Defense counsel for CAROLYN WILLIS-CASEY has spoken to his client, who is currently in custody, and she has no objection to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Denial of this request for a continuance would deny counsel for the defendant sufficient time, to effectively and thoroughly prepare for sentencing. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

This is the second stipulation to continue filed herein.

3

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public in proceeding with the sentencing hearing as scheduled, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendants sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the sentencing hearing for CAROLYN WILLIS-CASEY currently scheduled for June 2, 2016, at the hour of 1:30 p.m. be vacated and continued to the **30th day of June, 2016 at 10:30 a.m.**

DATED AND DONE this 26th day of May, 2016.

UNITED STATES DISTRICT JUDGE